UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOSE F. UNAUCHO-CASTRO,

        Petitioner,                      Case No. 1:25-cv-1318

v.                                          Honorable Jane M. Beckering

UNKNOWN PARTY et al.,

        Respondents.
_____/

## ORDER TO PROCEED *IN FORMA PAUPERIS*

        This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2241. Petitioner, through counsel, represents that he was arrested while at a job site in Illinois on October 12, 2025, and has been detained since that time. It reasonably appears that paying the cost of this filing fee would impose an undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). Accordingly,

        **IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*. Petitioner may commence this action without prepayment of fees or costs or security therefor.

Dated:  November 24, 2025                /s/ Jane M. Beckering
                                                      Jane M. Beckering
                                                      United States District Judge