UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOSE F. UNAUCHO-CASTRO,

        Petitioner,

v.

UNKNOWN PARTY et al.,

        Respondents.

_____/

Case No. 1:25-cv-1318

Honorable Jane M. Beckering

## ORDER ENFORCING JUDGMENT

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. On November 24, 2025, the Court entered an Opinion and Judgment conditionally granting Petitioner's petition for a writ of habeas corpus (ECF Nos. 10 and 11) and directing Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of the Judgment, or, in the alternative, immediately release Petitioner from custody (ECF No. 11, PageID.75). The Court further directed Respondents to file a status report with the Court to certify compliance with the Court's Opinion and Judgment. (*Id.*)

On December 1, 2025, Respondents filed a status report indicating that a bond hearing was scheduled for November 26, 2025, but was not held. (ECF No. 12.) The status report further indicates that a bond hearing was rescheduled for December 2, 2025 (*id.*); however, Respondents have not provided the Court with any further information that would confirm that a bond hearing was held, or to otherwise confirm Respondents' compliance with the Court's November 24, 2025, judgment.

Accordingly, in accordance with the Court's previously entered Judgment, Respondents are directed to immediately release Petitioner from custody and, within 48 hours of the entry of this Order, file a status report to certify compliance.

**IT IS SO ORDERED**.

Dated:  December 12, 2025                     /s/ Jane M. Beckering
                                                                  Jane M. Beckering
                                                                  United States District Judge